BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Tax Indebtedness of:<br>LAKE ORTA CORPORATION,<br>dba: CRUSH 29<br><br>Ex Parte UNITED STATES OF AMERICA, and<br>EDWARD WILSON, Revenue Officer,<br><br>Applicants for Order. | Case No.<br><br>**ORDER TO ENTER UPON PREMISES TO EFFECT LEVY** |

    The United States of America and its Revenue Officer, EDWARD WILSON, have applied for an Order to enter upon and into the business premises of LAKE ORTA CORPORATION located at 1480 EUREKA ROAD, ROSEVILLE, CA 95661, for the purpose of searching for, levying upon, and seizing the assets described in the declaration of EDWARD WILSON, found therein and subject to levy, in collection of certain due and unpaid assessments of Internal Revenue taxes now outstanding against LAKE ORTA CORPORATION.

    Upon the showing made by the declaration under penalty of perjury of applicant EDWARD WILSON, the Court finds that there is probable cause to believe that (1) the taxpayer has outstanding federal tax liabilities, (2) the IRS has made notice and demand upon the taxpayer for such federal tax liabilities, (3) the taxpayer has neglected or refused to pay such federal tax liabilities, and (4) said premises contain assets to which the federal tax liens have attached, and that are subject to levy and seizure. Entries to search for and seize assets of the taxpayer subject to levy under the Internal Revenue laws for the collection of its unpaid Federal taxes are reasonable under the circumstances shown.

1    NOW, THEREFORE, IT IS HEREBY ORDERED that EDWARD WILSON, and such other officers, contractors or agents as the Internal Revenue Service may designate, hereby are authorized and directed to make multiple entries upon and into the described private business premises, during business hours, or the daytime, within fourteen (14) days from the date this Order is signed, and to search with the purpose of seizing the taxpayer's assets, including those described in the Declaration of EDWARD WILSON, found on the premises and subject to levy in accordance with the applicable Internal Revenue laws and regulations of the United States.

It is SO ORDERED this 22nd day of February, 2012, at Sacramento, California.

_____
UNITED STATES MAGISTRATE JUDGE
KENDALL J. NEWMAN